MCGREGOR W. SCOTT
United States Attorney
CHRISTOHPER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00183-EFB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INFORMATION AS TO TIMOTHY MOFFATT |
| v. | |
| TIMOTHY A. MOFFATT, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

The United States of America has advised the Court that defendant Timothy A. Moffatt has satisfied his obligations under the Deferred Prosecution Agreement between the United States of America and Mr. Moffatt in this case (ECF No. 15), and the government has moved for this Court to dismiss the charges in the Information against Mr. Moffatt. That motion is granted.

IT IS HEREBY ORDERED that the charges in the Information are dismissed as to defendant Timothy A. Moffatt.

IT IS SO ORDERED.

DATED: February 20, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING INFORMATION AS TO
TIMOTHY A. MOFFATT